No. 229. MCFARLAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Edward J. Walsh* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 234. TONKIN CORP. OF CALIFORNIA, DBA SEVEN-UP BOTTLING CO. OF SACRAMENTO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Morton B. Jackson* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent.

No. 236. CONNOR *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Alameda. Certiorari denied.

No. 240. SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO, ET AL. *v.* WIRTZ, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied. *Howard Schulman* and *Stephen Kurzman* for petitioners. *Solicitor General Griswold* for respondent.

No. 241. CHING-SZU CHEN *v.* FOLEY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *Bernard E. Bernstein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 252. STUYVESANT INSURANCE CO. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph I. Stone* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.